PROB 12B

Report Date: September 2, 2009

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**SEP 09 2009**

JAMES R. LARSEN, DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Lauris Richard Green       Case Number: 2:02CR00225-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 6/18/2003         Type of Supervision: Supervised Release

Original Offense: Possess of Pseudoephedrine, 21 U.S.C. § 841(c)(1)    Date Supervision Commenced: 9/1/2009

Original Sentence: Prison - 97 Months; TSR - 36 Months    Date Supervision Expires: 8/31/2012

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

16  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Lauris Green was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Green has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   9-3-09

Tommy Rosser
U.S. Probation Officer

Prob 12B
Re: Green, Lauris Richard
September 2, 2009
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
FVS [X] The Modification of Conditions as Noted Above
[ ] Other

_Fred Van Sickle_
Signature of Judicial Officer

_September 9, 2009_
Date